1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide Mutual Fire Insurance Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Jane Jones et al.,<br><br>    Defendants. | CV 09-291-PHX-NVW<br><br>**DECLARATORY JUDGMENT** |

The Court having entered its order this day granting Plaintiff Nationwide Mutual Fire Insurance Company's (Nationwide) Motion for Summary Judgment (doc. #26) and denying Defendant Kathleen Knapp's Cross Motion for Summary Judgment (doc. #33),

IT IS ORDERED, ADJUDGED, AND DECREED that Nationwide is not obligated to defend or indemnify Defendant Jane Jones against the claims alleged in the Arizona Superior Court, Maricopa County, Case No. CV 2008-025987, by Defendant Kathleen Knapp.

IT IS ORDERED, ADJUDGED, AND DECREED that Nationwide is not obligated to defend or indemnify Defendant Jane Jones against the claims alleged in the Arizona Superior Court, Maricopa County, Case No. CV 2008-093072, by Defendant Jessica Roberts.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Nationwide's claim for attorney fees against Defendants is denied.

DATED this 22nd day of February, 2010.

Neil V. Wake
United States District Judge